| | |
|---|---|
| 1 | PENNY M. COSTA (SBN 110373) |
| | costap@ballardspahr.com |
| 2 | COREY FIELD (SBN 269446) |
| | fieldc@ballardspahr.com |
| 3 | **Ballard Spahr LLP** |
| | 2029 Century Park East, Suite 800 |
| 4 | Los Angeles, California 90067-2909 |
| | Telephone: (424) 204-4331 |
| 5 | Facsimile: (424) 204-4350 |

E-filing

FILED
2010 MAY 20 A 11: 19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC, a division of PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; COBURN MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; SONGS OF UNIVERSAL, INC.; GEORGIAN HILLS MUSIC; LION AIRE PUBLISHING; YOUNG MONEY PUBLISHING, INC.,

Plaintiffs,

v.

DON ANTHONYS, LLC d/b/a PLANET MONTEREY a/k/a ULTRA LOUNGE and RESTAURANT a/k/a PLANET GEMINI and ANTHONY LANE, individually,

Defendants.

Case No. CV 10 2173 PVT

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States

DMWEST #7598292 v1

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338 (a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400 (a).

## THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007-0030. BMI has been granted the right to license the public performance rights in approximately 6.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Eleksylum Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff No Surrender Music is a division of Praxis International Communications, Inc., a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Sony/ATV Songs LLC is a limited liability company d/b/a Sony/ATV Acuff Rose Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Coburn Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff EMI Virgin Songs, Inc. is a corporation d/b/a EMI Longitude Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Gary Stefan Harrision is an individual d/b/a Georgian Hills Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Kevin Winston Rudolf is an individual d/b/a Lion Aire Publishing. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Young Money Publishing, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Defendant Don Anthonys, LLC. is a limited liability company organized and existing under the laws of the state of California, which operates, maintains and controls an establishment known as Planet Monterey a/k/a Ultra Lounge and Restaurant a/k/a Planet Gemini, located at 2110 Fremont Street, Monterey, California 93940, in this district (the "Establishment").

16. In connection with the operation of this business, Defendant Don Anthonys, LLC. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

17. Defendant Don Anthonys, LLC. has a direct financial interest in the Establishment.

18. Defendant Anthony Lane is a member of Defendant Anthonys, LLC with primary responsibility for the operation and management of that limited liability company and the Establishment.

19. Defendant Anthony Lane has the right and ability to supervise the activities of Defendant Don Anthonys, LLC. and a direct financial interest in that

corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

20. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 21.

21. Plaintiffs allege four (4) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

22. Annexed as the Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the four (4) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information : Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

23. Each of the musical compositions identified on the Schedule, Line 2, were created by the persons named on Line 3 (all references to Lines are lines on the Schedule).

24. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest) complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights

COMPLAINT FOR COPYRIGHT INFRINGEMENT
4

1  Certificates of Registration bearing the numbers listed on Line 6.

2  25. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

26. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed at Planet Monterey a/k/a Ultra Lounge and Restaurant a/k/a Planet Gemini without a license or permission to do so. Thus, Defendants have committed copyright infringement.

27. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at Planet Monterey a/k/a Ultra Lounge and Restaurant a/k/a Planet Gemini, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. Section 505; and

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Keep Your Hands To Yourself |
| Line 3 | Writer(s) | Dan Baird |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc.; No Surrender Music, a division of Praxis International Communications, Inc. |
| Line 5 | Date(s) of Registration | 10/15/86 |
| Line 6 | Registration No(s). | PA 304-742 |
| Line 7 | Date(s) of Infringement | 7/23/09 |
| Line 8 | Place of Infringement | Planet Gemini |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Watermelon Crawl |
| Line 3 | Writer(s) | Buddy Brock; Zack Turner |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music; Coburn Music, Inc. |
| Line 5 | Date(s) of Registration | 1/11/93 |
| Line 6 | Registration No(s). | PA 596-931 |
| Line 7 | Date(s) of Infringement | 7/23/09 |
| Line 8 | Place of Infringement | Planet Gemini |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Strawberry Wine |
| Line 3 | Writer(s) | Matraca Berg; Gary Harrison |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. d/b/a EMI Longitude Music; Songs of Universal, Inc.; Gary Stefan Harrison, an individual d/b/a Georgian Hills Music |
| Line 5 | Date(s) of Registration | 11/21/96 |
| Line 6 | Registration No(s). | PA 840-407 |
| Line 7 | Date(s) of Infringement | 7/23/09 |
| Line 8 | Place of Infringement | Planet Gemini |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Let It Rock |
| Line 3 | Writer(s) | Kevin Rudolf; Dwayne Carter |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Kevin Winston Rudolf, an individual d/b/a Lion Aire Publishing; Young Money Publishing, Inc. |
| Line 5 | Date(s) of Registration | 2/18/09 |
| Line 6 | Registration No(s). | PA 1-624-274 |
| Line 7 | Date(s) of Infringement | 7/23/09 |
| Line 8 | Place of Infringement | Planet Gemini |