1 | PENNY M. COSTA (SBN 110373)
costap@ballardspahr.com
2 | COREY FIELD (SBN 269446)
fieldc@ballardspahr.com
3 | **Ballard Spahr LLP**
2029 Century Park East, Suite 800
4 | Los Angeles, California  90067-2909
Telephone:  (424) 204-4331
5 | Facsimile:  (424) 204-4350

6 | Attorneys for Plaintiffs

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | BROADCAST MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.;

12 | ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC,  a division of

13 | PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; SONY/ATV

14 | SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; COBURN MUSIC, INC.;

15 | EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; SONGS OF

16 | UNIVERSAL, INC.; GEORGIAN HILLS MUSIC; LION AIRE PUBLISHING;

17 | YOUNG MONEY PUBLISHING, INC.,

18 | Plaintiffs,

19 | v.

20 | DON ANTHONYS, LLC d/b/a PLANET MONTEREY a/k/a ULTRA LOUNGE and

21 | RESTAURANT a/k/a PLANET GEMINI and ANTHONY LANE, individually,

22 |

23 | Defendants.

Case No. CV 10-2173 PVT

XXXXXXXXXXXX**)] ORDER ON PLAINTIFFS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

**DATE OF APPLICATION:  JULY 21, 2010**

Date:  August 10, 2010
Time:  2:00 p.m.
Courtroom 5
Judge:  Honorable Patricia Trumbull

24 |

25 | Good cause appearing,

26 | **IT IS ORDERED** that the Case Management Conference previously

27 | scheduled for 2:00 p.m. on August 10, 2010 shall be continued for a period of thirty

28 |

DMWEST #7710214 v1

**[PROPOSED] ORDER ON PLAINTIFFS' REQUEST TO
CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

1  (30) days, to 2:00 p.m. on September 9, 2010.

2

3  Dated: _____July 22_____, 2010  _____

4  HONORABLE PATRICIA V. TRUMBULL

5  U.S. DISTRICT COURT MAGISTRATE
   JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## **PROOF OF SERVICE**

2

3

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is BALLARD SPAHR LLP, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909.  On July 21, 2010, I served the within documents:

4

5

## **[PROPOSED] ORDER ON PLAINTIFFS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

6

7

☒      **BY MAIL**:  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California

8

9

10

11

12

| DON ANTHONYS, LLC d/b/a PLANET MONTEREY a/k/a ULTRA LOUNGE and RESTAURANT a/k/a PLANET GEMINI and ANTHONY LANE, Agent Authorized to Accept Service 2110 Fremont Street Monterey, CA  93940 | ANTHONY LANE 2110 Fremont Street Monterey, CA  93940 |
|---|---|

13

14

15

16

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

17

18

Executed on **July 21, 2010**, at Los Angeles, California.

19

20

/s/ Lisa Kwon
Lisa Kwon

21

22

23

24

25

26

27

28

DMWEST #7710214 v1