UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., ET AL., ) | Case No.: C 10-02173 PSG |
| ) | |
| Plaintiffs, ) | **ORDER TO SHOW CAUSE** |
| ) | |
| v. ) | |
| ) | |
| DON ANTHONYS, LLC DBA PLANET ) | |
| MONTEREY, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On June 10, 2010, Plaintiffs served Defendants with the summons and complaint in the above-captioned action. To date, Defendants have not filed an answer, or other responsive pleading, to the complaint.

On October 19, 2010, the Clerk of the Court entered default against the Defendants. Plaintiffs state that they intend to seek entry of default entry by the court. *See Ex Parte* Application to Continue Case Management Conference filed on January 4, 2011. (Docket No. 28). Having reviewed the file, Defendants are ordered to show cause in writing no later than January 13, 2011 why the court should not enter default against them.

IT IS SO ORDERED.

Dated: January 6, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*