A copy of the Order to Show Cause filed on January 6, 2011 (Docket No. 31) was mailed to the following:

Anthony Lane
2110 Fremont Street
Monterey, CA 93940

Don Anthony's, LLC doing business as Planet Monterey
2110 Fremont Street
Monterey, CA 93940

                                                _____EHP_____
                                          Chambers of U.S. Magistrate Judge
                                                  Paul S. Grewal