UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., ET AL., ) | Case No.: C 10-02173 PSG |
| ) | |
| Plaintiff, ) | **ORDER DISSOLVING ORDER TO** |
| v. ) | **SHOW CAUSE** |
| ) | |
| DON ANTHONYS, LLC DBA PLANET ) | (Docket No. 31) |
| MONTEREY, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On January 6, 2011, the court ordered Defendants Don Anthonys, LLC doing business as Planet Monterey and Anthony Lane to show cause why the court should not enter default against them. ("January 6, 2011 Order to Show Cause"). On January 13, 2011, Defendant Anthony Lane proceeding *pro se* (on behalf of himself and Defendant Don Anthonys, LLC) responded to the January 6, 2011 Order to Show Cause disputing that Plaintiffs had served them with the complaint. *See* Defendants' Response to OSC filed on January 13, 2011. ("Response").

Mr. Lane requested five days to review the complaint, to obtain representation for at least Defendant Don Anthonys, LLC in the above-captioned action, and to file an answer. On January 13, 2011, Defendants proceeding *pro se* also filed an unsigned and general answer.[1] Having reviewed Defendants' Response,

---

[1] "A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this court." Civ. L.R. 3-9(b).

ORDER, *page 1*

1  IT IS HEREBY ORDERED that the January 6, 2011 Order to Show Cause is dissolved.

2  IT IS SO ORDERED.

3  Dated:    January 19, 2011

*[signature: Paul S. Grewal]*

PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*