1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., ET AL., | ) | Case No.: C 10-02173 PSG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER CONTINUING STATUS** |
| v. | ) | **CONFERENCE** |
| | ) | |
| DON ANTHONYS, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On March 1, 2011, the parties appeared for a status conference.  Based on the discussions

held at the status conference, a further status conference shall be held on April 5, 2011 at 2PM.

IT IS SO ORDERED.

Dated:  March 3, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge