UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., ET AL., ) | Case No.: C 10-02173 PSG |
| ) | |
| Plaintiffs, ) | **ORDER SETTING FURTHER STATUS** |
| ) | **CONFERENCE** |
| v. ) | |
| ) | |
| ) | |
| DON ANTHONYS, LLC DBA PLANET ) | |
| MONTEREY, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

A further status conference shall be held on May 3, 2011 at 2PM. No further continuances will be granted.

IT IS SO ORDERED.

Dated:   April 25, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*