UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., ET AL.,      )<br>                                                              )<br>                   Plaintiffs,                      )<br>                                                              )<br>         v.                                              )<br>                                                              )<br>                                                              )<br>DON ANTHONYS, LLC DBA PLANET  )<br>MONTEREY, ET AL.,                         )<br>                                                              )<br>                   Defendants.                   )<br>_____)  | Case No.: C 10-02173 PSG<br><br>**ORDER** |

On May 3, 2011, the parties advised the court that they had reached a settlement. The parties shall confirm that the settlement has been finalized no later than May 20, 2011. In the event the parties have not finalized their settlement by the date set forth above, the court will issue a scheduling order.

IT IS SO ORDERED.

Dated:  May 15, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge