| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BROADCAST MUSIC, INC., | ) | Case No.: C-10-02173 PSG |
|---|---|---|
| Plaintiff, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) | |
| DON ANTHONYS, LLC DBA PLANEY MONTEREY, ET AL., | ) | |
| Defendants. | ) | |

On June 8, 2011, Plaintiffs advised the court that the parties had reached a settlement of all claims and that a settlement agreement would be finalized in the next 30 days. Plaintiffs shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than July 19, 2011. If a dismissal of the action is not filed by that date, Plaintiffs shall appear on July 26, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal

1  Rule of Civil Procedure 41(b).
2      IT IS SO ORDERED.

Dated:   June 10, 2011

                                                                PAUL S. GREWAL
                                                                 United States Magistrate Judge