1  PENNY M. COSTA (SBN 110373)
   costap@ballardspahr.com
2  COREY FIELD (SBN 269446)
   fieldc@ballardspahr.com
3  **Ballard Spahr LLP**
   2029 Century Park East, Suite 800
4  Los Angeles, California  90067-2909
   Telephone:  (424) 204-4331
5  Facsimile:  (424) 204-4350

6  Attorneys for Plaintiffs

7  Anthony Lane
   2110 Fremont Street
8  Monterey, CA 93940
   Telephone:  (831) 596-5026)

9
   Defendants Don Anthonys, LLC d/b/a Planet Monterey a/k/a
10 Ultra Lounge and Restaurant a/k/a Planet Gemini and Anthony
   Lane, individually, In Pro Per
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14 | BROADCAST MUSIC, INC.; WARNER-         | Case No. CV 10-2173 PSG
   | TAMERLANE PUBLISHING CORP.;
15 | ELEKSYLUM MUSIC, INC.; NO              | Action filed May 20, 2010
   | SURRENDER MUSIC, a division of
16 | PRAXIS INTERNATIONAL                   | xxxxxxxxxxxx)] **ORDER ON**
   | COMMUNICATIONS, INC.; SONY/ATV         | **NOTICE OF SETTLEMENT**
17 | SONGS LLC d/b/a SONY/ATV ACUFF         | **AND REQUEST THAT THE**
   | ROSE MUSIC; COBURN MUSIC, INC.;        | **COURT RETAIN**
18 | EMI VIRGIN SONGS, INC. d/b/a EMI       | **JURISDICTION PENDING**
   | LONGITUDE MUSIC; SONGS OF              | **SATISFACTION OF THE**
19 | UNIVERSAL, INC.; GEORGIAN HILLS        | **SETTLEMENT TERMS**
   | MUSIC; LION AIRE PUBLISHING;
20 | YOUNG MONEY PUBLISHING, INC.,

21             Plaintiffs,

22        v.

23 DON ANTHONYS, LLC d/b/a PLANET
   MONTEREY a/k/a ULTRA LOUNGE and
24 RESTAURANT a/k/a PLANET GEMINI
   and ANTHONY LANE, individually,
25
               Defendants.
26

27

28

DMWEST #8376261 v1

[PROPOSED] ORDER ON NOTICE OF SETTLEMENT

The Parties finalized a conditional settlement of the claims in this matter on July 14, 2011. Under the terms of the Settlement And Release Agreement, Defendants shall make payments to Plaintiff BMI over a period of twenty-four (24) months, ending June 8, 2013. Upon full and timely satisfaction of the terms of the Settlement And Release Agreement, the Parties shall file a stipulation of dismissal with prejudice of the litigation.

In the event Defendants default on the scheduled payments, the Parties have agreed to and executed a Stipulation For Judgment and a [Proposed] Consent Judgment Pursuant To Stipulation. The aforesaid Stipulation and [Proposed] Consent Judgment Pursuant To Stipulation shall only be filed with this Court in the event Defendants default on their settlement payment obligations.

The Parties have stipulated, agreed and requested that this action shall be removed from the Court's active caseload pending full and timely satisfaction of the terms of the Settlement And Release Agreement. The Parties have further requested that the Court retain full jurisdiction over this action, including enforcement of the Stipulation For Judgment and [Proposed] Consent Judgment Pursuant To Stipulation, if required.

Upon consideration of the stipulation by and between the Parties, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The stipulation by and between the Parties to the Notice of Settlement And Request That The Court Retain Jurisdiction Pending Satisfaction Of The Settlement Terms is hereby approved in its entirety;

2. The Court shall remove this case from the Court's active caseload and the case shall be closed pending full and timely satisfaction of the terms of the Settlement And Release Agreement; and

3. The Court shall retain full jurisdiction over this action, including enforcement of the Stipulation For Judgment And [Proposed] Consent Judgment Pursuant To Stipulation, if required.

DATED: July 25, 2011

*Paul S. Grewal*
The Honorable Paul S. Grewal